# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150591(76)

INNOVATION VENTURES, L.L.C., d/b/a
LIVING ESSENTIALS,
          Plaintiff-Appellant,

v

LIQUID MANUFACTURING, L.L.C., K & L
DEVELOPMENT OF MICHIGAN, L.L.C., LXR
BIOTECH L.L.C., ETERNAL ENERGY, L.L.C.,
ANDREW KRAUSE, and PETER PAISLEY,
          Defendants-Appellees.
_____/

SC: 150591
COA: 315519
Oakland CC: 2012-124554-CZ

      On order of the Chief Justice, the motion of amicus curiae Michigan Chamber of Commerce to extend the time for filing an amicus brief is GRANTED. The amicus brief will be accepted as timely filed if submitted on or before December 23, 2015.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2015



Clerk